JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NICOLE M. KIM (NYBN 4435806)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California
    Telephone: (415) 436-6401
    Facsimile: (415) 436-6982
    E-Mail: nicole.kim@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 3 08 70140 |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| DAVID E. BURKHOLDER, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on <u>March 12, 2008</u>, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

   X  Indictment

   ☐  Information

   ☐  Criminal Complaint

   ☐  Other (describe) _____

pending in the District of <u>Kansas</u>, Case Number <u>08-10042 WEB</u>.

1

1     In that case, the defendant is charged with a violation(s) of Title 18 United States Code,
2 Sections 1343 and 2.
3 Description of Charges: Devising a scheme or artifice to defraud, or for obtaining money by
4 means of false or fraudulent pretenses, representations, and promises, caused to be transmitted by
5 means of wire, radio or television communication in interstate commerce, writings, signs,
6 signals, or sounds for the purpose of executing such scheme or artifice.

                                      Respectfully Submitted,

                                      JOSEPH P. RUSSONIELLO
                                    UNITED STATES ATTORNEY

Date: March 12, 2008

                                    NICOLE M. KIM
                                    Assistant U.S. Attorney

**COPY**

AO 442 (Rev. 10/03) Warrant for Arrest

# United States District Court

DISTRICT OF Kansas

UNITED STATES OF AMERICA

v.

DAVID E. BURKHOLDER

**WARRANT FOR ARREST**

CASE NUMBER: 08-10042-01-WEB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DAVID E. BURKHOLDER

and bring him or her forwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her  (brief description of offense)

Devising a scheme or artifice to defraud, or for obtaining money by means of false or fraudulent pretenses, representations, and promises, caused to be transmitted by means of wire, radio or television communication in interstate commerce, writings, signs, signals, or sounds for the purpose of executing such scheme or artifice.

See attached indictment for additional charges.

in violation of 18 United States Code, Section(s) 1343 & 2

INGRID A. CAMPBELL
Name of Issuing Officer

/s/
Signature of Issuing Officer

Acting Clerk of Court
Title of Issuing Officer

February 6, 2008   Wichita, Kansas
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

'08 FEB -6 P5:09

CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY CLERK
AT WICHITA, KS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Criminal Action |
| v. | ) No. 08-10041-WEB |
| DAVID E. BURKHOLDER, | ) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

1. David E. Burkholder is a resident of the State of California and is the son of John Burkholder and Donna Burkholder, who reside in the State of Kansas.

2. In 2002, the exact date of which is unknown to the Grand Jury, the defendant, DAVID E. BURKHOLDER, asked his parents to loan him some money.

3. The defendant, DAVID E. BURKHOLDER, falsely represented to his parents that he needed the money to settle a personal injury claim being asserted against him as a result of a car accident and for legal expenses associated with a new business being formed by the defendant and numerous other partners, and that the moneys would be repaid to John Burkholder and Donna Burkholder within a few weeks, and the partnership would pay a penalty to John Burkholder and Donna Burkholder, if the repayment was untimely.

4. In the months following the defendant's initial request, John Burkholder and Donna Burkholder, loaned in excess of $750,000.00 to the defendant, in reliance upon the defendant, DAVID E. BURKHOLDER's representations.

1

5. In July of 2003 John Burkholder corresponded with the defendant, DAVID E. BURKHOLDER, requesting repayment and noting that the repayment was past-due.

6. The defendant, DAVID E. BURKHOLDER, did not make payment to John and Donna Burkholder, but convinced them to solicit additional money from other family members on the defendant's behalf, and falsely represented to his parents that the money was for the purpose of paying a personal injury settlement and/or to pay the expense of forming a new business partnership and that the loans would be for a very short duration, from a few days to a few weeks.

7. As a result John and Donna Burkholder solicited other family members who in turn loaned in excess of $925,000.00 to John and Donna Burkholder to be used by the defendant, DAVID E. BURKHOLDER, in settlement of the personal injury claim against the defendant and/or for the start up business expenses associated with a partnership of which the defendant was a partner.

8. Despite the defendant's representations to John Burkholder and Donna Burkholder, the money sent to the defendant, DAVID E. BURKHOLDER, by John Burkholder, Donna Burkholder and other family members, was not used by the defendant to resolve any personal injury claim or for business expenses associated with the formation of any partnership.

9. In the fall of 2003, the defendant, DAVID E. BURKHOLDER, asked John Burkholder and Donna Burkholder to solicit additional funds from friends of the family and again falsely represented that these funds were needed to settle a personal injury claim being made against the defendant, for business expenses associated with the defendant's partnership.

2

10. In addition to the defendant's repeated false representations concerning a personal injury claim and expenses in forming a partnership, the defendant made additional false representation, to wit; that money was needed to pay a disgruntled partner, who had breached the partnership agreement and to make a payment Barbara Streisand due to an alleged agreement/contract between Barbara Streisand and the defendant.

11. As a result of the defendant's request, John Burkholder and Donna Burkholder solicited funds from friends and acquaintances of the family. At the suggestion of the defendant, DAVID E. BURKHOLDER, any funds generated from the family friends and acquaintances were initially deposited into the bank account of John Burkholder and Donna Burkholder and then these funds were wired to the defendant's bank in California.

12. The defendant, DAVID E. BURKHOLDER, did not use the funds transmitted to him by John Burkholder or Donna Burkholder to pay a personal injury claim asserted against the defendant, to pay the expenses of forming a partnership, to pay a disgruntled partner or to pay any money to Barbara Streisand but the defendant, DAVID E. BURKHOLDER, typically withdrew the funds from his account in the form of cash.

## COUNTS ONE THROUGH TWENTY-FOUR
## WIRE FRAUD

13. Beginning at an unknown date in 2003 and continuing through April 8, 2005, in the District of Kansas and elsewhere, the defendant,

**DAVID E. BURKHOLDER,**

having devised a scheme or artifice to defraud, or for obtaining money by means of false or fraudulent pretenses, representations, and promises, caused to be transmitted by means of wire,

3

radio or television communication in interstate commerce, writings, signs, signals, or sounds for the purpose of executing such scheme or artifice, to wit; DAVID E. BURKHOLDER, caused his parents, John and Donna Burkholder, to borrow money from the friends and family of John and Donna Burkholder, by providing false and fraudulent pretenses and representations, known by the defendant, DAVID E. BURKHOLDER, to be false and fraudulent, thereby causing the friends and family members of John Burkholder and Donna Burkholder to loan money to John and Donna Burkholder, for the benefit of DAVID E. BURKHOLDER, and for the stated reasons, with said money being transferred from the account of John and Donna Burkholder to the account of DAVID E. BURKHOLDER, via wire transfer, on the dates and occasions as set forth below:

| COUNT | PERSON | DATE | AMOUNT |
|---|---|---|---|
| 1 | G & N I | 10-3-03 | $20,000.00 |
| 2 | W D | 10-28-03 | $30,000.00 |
| 3 | G & N I | 11-21-03 | $7,000.00 |
| 4 | R B | 12-16-03 | $24,000.00 |
| 5 | W D | 2-9-04 | $10,000.00 |
| 6 | A K | 2-25-04 | $50,000.00 |
| 7 | M F | 2-27-04 | $20,000.00 |
| 8 | M M | 3-1-04 | $80,000.00 |
| 9 | P W | 4-21-04 | $10,000.00 |
| 10 | D F | 5-25-04 | $10,000.00 |
| 11 | N L | 4-23-04 | $25,000.00 |

4

| | | | |
|---|---|---|---|
| 12 | N L | 8-31-04 | $2,000.00 |
| 13 | D C | 12-20-04 | $47,000.00 |
| 14 | D R | 1-6-05 | $5,000.00 |
| 15 | D C | 1-19-05 | $30,000.00 |
| 16 | D C | 2-28-05 | $53,000.00 |
| 17 | D C | 3-3-05 | $11,000.00 |
| 18 | D C | 3-10-05 | $67,000.00 |
| 19 | N L | 4-1-05 | $2,000.00 |
| 20 | J W | 4-5-05 | $3,000.00 |
| 21 | K N | 4-5-05 | $1,000.00 |
| 22 | R B | 4-8-05 | $21,000.00. |
| 23 | RP | 4-20-04 | $15,000.00 |
| 24 | RP | 7-6-04 | $5,000.00 |

All of the above being in violation of Title 18, United States Code, §§1343 and 2.

A TRUE BILL

2-6-08
DATE

FOREMAN OF THE GRAND JURY

ERIC F. MELGREN
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 12430

5

(It is requested that trial be held in Wichita, Kansas.)

Returned in open court this 6th day of February, 2008.

*[signature]*
UNITED STATES DISTRICT JUDGE

U.S. DISTRICT COURT ) SS.
DISTRICT OF KANSAS )
I hereby certify that the foregoing
is a true copy of the original on file
in this court and case.
Clerk, U.S. District Court
By _____ Deputy Clerk
Dated: 2-7-08