1  JOSEPH P. RUSSONIELLO  (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  NICOLE KIM (NYBN 4435806)
   Assistant United States Attorney
5
      450 Golden Gate Ave.
6     San Francisco, California  94102
      Telephone:  (415) 436-6401
7     Fax:  (415) 436-6982
      E-Mail: nicole.kim@usdoj.gov
8
   Attorneys for Plaintiff
9

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15

16  UNITED STATES OF AMERICA,        )    No. CR 3-08-70140 JCS
                                     )
17       Plaintiff,                  )    [PROPOSED] ORDER EXCLUDING
                                     )    TIME FROM SPEEDY TRIAL ACT
18       v.                          )    COMPUTATION
                                     )
19  DAVID E. BURKHOLDER,             )
                                     )
20       Defendant.                  )
    _____)

21

22       The parties appeared before the Hon. Joseph C. Spero, United States Magistrate Judge, on

23  March 14, 2008 at 9:30 a.m.  Defendant David E. Burkholder appeared with attorney Steven

24  Kalar.  The United States appeared through Assistant United States Attorney Nicole M. Kim.

25  With the agreement of counsel for both parties, the Court found and held as follows:

26       1.    The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §

27  3161, from March 14, 2008 through and including March 20, 2008.  The parties agree to an

28  exclusion pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) to allow the defendant continuity of

**[Proposed] Order Excluding Time**
**U.S. v. David E. Burkholder 3-08-70140 JCS**          1

1  counsel.  In addition, the parties are awaiting a disposition in a matter outside the district that
2  could result in a possible transfer of the case.  The exclusion of time is appropriate under 18
3  U.S.C. § 3161(h)(1)(G).
4      2.    Given these circumstances, the Court found that the ends of justice served by
5  excluding the period from March 14, 2008 through and including March 20, 2008 outweigh the
6  best interest of the public and the defendant in a speedy trial.
7      3.    Accordingly, the Court ORDERED that the period from March 14, 2008 through
8  and including March 20, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C.
9  § 3161.
10     IT IS SO ORDERED.

13 Dated: March __, 2008

                      HON. JOSEPH C. SPERO
                      United States Magistrate Judge