# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   No. CR 3-08-70140 JCS
        Plaintiff,  )
)   CONSENT TO ENTRY OF TRAVEL
vs.  )   AND OTHER ORDERS REGARDING
)   CONDITIONS OF RELEASE
David E. Burkholder  )
        Defendant  )
)

**FILED**
MAR 14 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    As a third-party surety on the bail bond in this case, I consent to all future orders of the Court permitting, for whatever reason, the Defendant to travel outside of the Northern District of California, or to modify, supplement, or delete Defendant's conditions of release as the Court deems necessary. I further consent to the entry of such orders without further notice to me.

    I understand that if the Defendant, while out of this district with the permission of the Court, flees or otherwise commits a breach of the bail bond conditions, I will be subject to a civil judgment for the amount of the bail, and all property I have posted with the Court to secure the bail will be ordered forfeited to the United States.

DATED: 14 MAR. 08

James K. Kieton
Surety on Bail Bond

DATED: _____

_____
Surety on Bail Bond

DATED: _____

_____
Surety on Bail Bond

DATED: _____

_____
Surety on Bail Bond