AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>DAVID E. BURKHOLDER | **COMMITMENT TO ANOTHER DISTRICT**<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

*[Filed stamp: 2008 MAR 20 PM 2:00 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NO. DIST. OF CA]*

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| N. Dist of CA | Dist. Of Kansas | 3-08-70140 JCS | C08-10042-01 WEB |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of    18    U.S.C. §   1342 & 2

**DISTRICT OF OFFENSE**
Kansas

**DESCRIPTION OF CHARGES:**

Devising a scheme or artifice to defraud, or for obtaining money by means of false of fraudulent pretenses, representations, and promises, caused to be transmitted by means of wire, radio or television communication in interstate commerce, writings, signs, signals, or sounds for the purpose of executing such scheme or artifice.

**CURRENT BOND STATUS:**

X Bail fixed at    $200,000    and defendant is released on bond. Dft waived his Identity and Removal Hearing
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
X Other (specify)    Dft ordered to appear on 4/2/8 @ 1:30 PM before Mag. Judge Karen Humphreys in Wichita, KS
Bond, if any, shall be transferred to the District of Offense

| **Representation:** | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| **Interpreter Required?** | X No | ☐ Yes | Language: | |

March 20, 2008    JOSEPH C. SPERO
Date    United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |